IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DANIEL ERIC COBBLE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:19-CV-905-WHA |
| | ) | [WO] |
| EVERY LAW ENFORCEMENT AGENCY | ) | |
| EMPLOYEE IN THIS COUNTRY, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

The Magistrate Judge has entered a Recommendation that Petitioner Daniel Eric Cobble's 28 U.S.C. § 2254 petition be dismissed because this court is without jurisdiction to consider Cobble's challenge to his conviction and sentence by a state court in Georgia and the interest of justice does not warrant a § 1631 transfer to a federal district court in Georgia. (Doc. # 3.) Cobble has filed an Objection. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) Cobble's Objection (Doc. # 4) is OVERRULED;

(2) The Recommendation (Doc. # 3) is ADOPTED; and

(3) Cobble's 28 U.S.C. § 2254 petition is DISMISSED.

Final judgment will be entered separately.

DONE this 4th day of December, 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE